UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| APRIL HUNZIKER, <br><br>    Plaintiff, <br><br> v. <br><br> FRANCISCAN MEDICAL GROUP, et al., <br><br>    Defendants. | Case No. C24-268RSM <br><br> ORDER OF DISMISSAL |

 This matter comes before the Court *sua sponte*. Plaintiff, April Hunziker, proceeding *pro se*, filed a Complaint on February 27, 2024, against Defendants Franciscan Medical Group, et al.. Dkt. #1.  The Court issued an Order to Show Cause on June 12, 2024 (Dkt #9), directing Plaintiff to, by no later than July 5, 2024, file proof of service -- or show good cause for Plaintiff's failure to effect service against the named Defendants.   The Order to Show Cause further stated that "If Plaintiff fails to do so, the Court will transfer this case to a District Judge and all claims may be subject to dismissal without prejudice pursuant to Fed. R. Civ. P. 4(m)."  Plaintiff did not file proof of service or otherwise respond to the Court's Order to Show Cause.

ORDER - 1

More than 90 days have passed since the Complaint was filed. The Court finds that dismissal without prejudice is warranted under Rule 4(m) and for failure to respond to the Court's Order to Show Cause. Accordingly, the Court hereby finds and ORDERS that Plaintiff's claims are dismissed without prejudice. This case is CLOSED.

DATED this 23rd day of July, 2024.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER - 2